**FILED**

APR 2 2 2013

Clerk, U.S District Court
District Of Montana
Butte

US District Court

District Of Montana

TO BEFILED UNDER SEAL  31 U.S.C. § 3730(b)(2)

David Steven Braun
155 Aurora Light DR 10B
Big Sky MT, 59716-1950

David Steven Braun
PO Box 161950
Big Sky MT, 59716-1950

VS

US Government

Over the past 44 years, me and my family have had consistent problems. I have approached several law enforcement branches of the government. I have also approached the military as I thought that this branch off government had the expertise, to investigate and correct the situation. I have been assigned a NSA Case number 70340. I have started the appeal process simple as a formality, I am happy to leave the details berried with the dead.

I would like to note, that this branch off government is the only one that has ever stood beside me, and I believe that this is why I am still alive and able submit this civil suite. Through the course off these events, I have been put under great financial, hardship. While we cannot reverse time, the money that this suite awards will help solve part off the practical problem. If you can award the full amount, I would love to engage in philanthropic or charitable events. I would love to marry, or at least get a life long companion.

If possible, could the court clarify my legal status. Am I still under the supervision off the DOJ, or some other regulatory body. I am aware that due to these events, at a later time, someone might come looking for me, late at night, or on the side off the road. For this reason, I understand the Law Enforcement has special privileges for carry concealed weapons. If possibly can you grant this and explain the particulars. Even with a carry permit, the laws from state to state very greatly and can be very technical. Can you explain on how to interface with officers to avoid this situation? Any special treatment for Class 3 and Purchasing handguns out off state that can be granted would also be appreciated. Can you also brief me on how a search warrant would be served and if required how the first 72 hours off any detention or incarceration would be handled. I have had some bad experiences. There may have been some things done inside off police cars, or possibly assigned some properties off military intelligence. Could you clarify this.

Some off the problems that I might encounter in the future might happen very quickly, and might not be the typical every day events seen buy local law enforcement. If possible, can you give me a way to get in touch with an operations center that can deal quickly and effectively with what ever needs to be done.

At this point, I am 44. I have very few friends due to this situation. As a minimum I will never have a pension, and will for the rest of my life be responsible for my own medical care. This award as a minimum will allow me to enjoy the rest of my days.

If it will require the court to take some time to look into this matter, if you need more information from me, I would be happy to provide it. I have been living of my own saving for over the last two years, without a pay check and responsible for my own medical expenses. If an initial distribution can be made while the process goes forward, that would be off great help.

Justice, I realize that this is an unusual suite. It would be a privilege if one off the judges would discuss the situation with me.

If any one has lead the court to believe that they are my attorney, or doctor, or have made inquiries or signed my name, this was without my knowledge and done behind my back. If your records indicate any Thing like this, or that there is any court order or pending issues that might block these proceedings, please at least make me aware off what they are. I will try to address them. I have had nothing more than traffic tickets and have never been bankrupt or a member of a corporation. If you records indicate otherwise, please let me know.

Over the last 44 year, I have been mikked several times. Including a bar in Montana, a restraint etc. I hit an Emergency room in Nevada and barely walked out with neurological functions after an IV. There have been three strokes in my family, which have been induced by mikes. My mothers surgery did not go well. Two companies my farther was ceo off were forced into bankruptcy and he ultimately committed suicide for the life insurance police. Medication was dispensed in hospitals to which I did not consent. This was done in the mid nineties. There have been illegal wire tapes, email, and cell phone surveillance which is why the NSA case was opened. While in Montana, a person was allowed to change their name to one almost exactly the same as mine Then he was able to somehow associate himself with my mailing address in such a way as if you ran any public record by phone number or name and address which is how it would be done if you submitted a civil suite, or were screening an applicant from information obtained in a resume. This was done behind my back. It has caused significant harm in it self. It has prevented me from gaining work in my field. It has also kept me isolated in the community. It is simply a reason for people to pick something else. At one point, according to the public record, I was now working up in Billings. There has also been some drift in addresses, and other parts off my history. This in itself is very unfortunate. I have submitted two other civil suites in us district court Washington DC 1:13-cv-00422 and one in soupier court in Bozeman, case DV-13-216C. If you would like more details, please feel free to pull them up.

Sir, I'm not stupid. In my understanding off law, I would classify this as in the realm off foreign military intelligence operating on us. I have not willingly participated in this. I get no pleasure or profit from it, exactly the opposite. There is no profit or service, we are fabricating records. Using wire taps, access to databases, etc . I have received copies off records from lawyers that have addressed that do not belong to me. When asked where the lawyer got the address, she becomes very evasive. I have asked for assistance, none has been granted. Please feel free to run a record search as part off this suite.

The wire taps and especially the email have been used to manipulate the people around me. It has been used over the years to keep me single. Make sure that I am not in a healthy long term relationship. And in the end make sure that the women I end up with is foreign or has connection to people that have allot off international connections. It has also been used to manipulate my pay rate and terms off my

employment contracts so that I will never have a pension, and never be able to save enough money to retire on. The general idea is to use me, run me around then dump me off and make sure I never get the next job buy manipulating public records.

There have been two transcripts from a Montana medical review board that have either been destroyed or not released. I noticed that the Gallatin County sheriff and the CEO off Bozeman Deconise retired at about the time off these two hearings. As a minimum, these records might be use full in further proceedings. If nothing else, it would have been helpful in informing me that there was a fraugelent entry in a database. All the drugs, the mikes and the antidotes have taken some affect. This money will allow me to be secure for the rest of my days an go forward with some quality of life. I will never have a true place off business, or be able to go back and remake friends. We must go forward. At least I will never starve and enjoy some quality off life.

If you feel that you need more detail, even after reading the two additional suite, sir I would love to provide it. At this point, I believe that the thing that did this is gone from all off our lives. I would love to financially compensated and just go on.   There has obviously been so much rumor and innuendo spread around the state that on a daily basis, people are not friendly. In addition, I was known to have the place in big sky by several foreign militaries.   Sir, I off all people wish that these events had not happened on American soil, or wish it had gone away much sooner. I realize that this is an unusual suite. I am requesting that a generous sum be transferred from some federal budget or account. Can you offer a suggestion on how to proceed.   I asked for some basic advice on lawyer.com. Off the 500,000 lawyers,   I got only one response, and he didn't seem to have any direct experience with this.

I have done some large dollar risk management, and hedge fund trading. I am very comfortable dealing with adult sums off money. Any thing that can be dealt with electronically would be fine. Wire off cash payment, tbills, bonds, large blocks off stock etc.


Thank you for the courts time.

David S Braun

*David S Braun* (signature)